1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT EUGENE ROJAS,                    Case No.  1:22-cv-00778-JLT-BAM

12              Plaintiff,                   ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
13        v.                                 EASTERN DISTRICT OF CALIFORNIA

14   CALIFORNIA CORRECTIONAL
     HEALTH CARE SERVICES and
15   CALIFORNIA MEDICAL BOARD,

16              Defendants.

17

18        Plaintiff Robert Eugene Rojas, a Sacramento County Jail Inmate proceeding *pro se*, has

19   filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in*

20   *forma pauperis* pursuant to 28 U.S.C. § 1915.

21        In his complaint, Plaintiff alleges violations of his civil rights that took place in

22   Sacramento County, which is part of the Sacramento Division of the United States District Court

23   for the Eastern District of California.  (*See* Doc. 1 at 1.)  Therefore, the complaint should have

24   been filed in the Sacramento Division.

25        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

27   will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

28   proceed *in forma pauperis*.

                                              1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern District of

3        California sitting in Sacramento; and

4    2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5        filed at:

6                    United States District Court
                     Eastern District of California
7                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814
8

9    3.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

10
     IT IS SO ORDERED.
11

12       Dated:    **June 24, 2022**              /s/ *Barbara A. McAuliffe*              _
                                                  UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2